UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-22321-COOKE/GOODMAN

CINDY ADLER, individually and on behalf
of all others similarly situated,

    Plaintiff,

vs.

MACY'S FLORIDA STORES, LLC and
MACY'S CORPORATE SERVICES, INC.,

    Defendants.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their or its own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. *See* Joint Stipulation for Dismissal, ECF No. 20. Plaintiff's individual claims against Defendants are **DISMISSED** *with prejudice*. The class claims against Defendants are **DISMISSED** *without prejudice*. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 31st day of January 2018.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*